AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 22-cv-12709  **DATE FILED** 11/9/2022 | United States District Court - Eastern District of Michigan<br>231 W Lafayette Blvd<br>Detroit, MI 48226 |
| **PLAINTIFF**<br>HALEY BUSH | **DEFENDANT**<br>AVOIN COLORLIFE, LTD.; SATURDAY KNIGHTS, LTD.; ARTOID MODE; SHANGHAI XUXIN INVESTMENTS CO.; SHANGHAI WAKAN TRADING CO., LTD.; AMAZON.COM |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | LIST ATTACHED | SEE ATTACHED LIST | SEE ATTACHED LIST |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | | **AUTHOR OF WORK** |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print    Save As...    Reset

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN (DETROIT) DIVISION

| | |
|---|---|
| HALEY BUSH, AN INDIVIDUAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -V- ) | |
| ) | |
| AVOIN COLORLIFE, LTD., AKA AVOIN AKA ) | Civil Action No. 22-CV-12709 |
| AVOIN COLORLIFE, A FOREIGN CORPORATION, ) | Hon. Nancy G. Edmunds |
| ) | Mag. Hon. Kimberly G. Altman |
| SATURDAY KNIGHTS, LTD., A FOREIGN ) | |
| CORPORATION , ) | |
| ) | |
| ARTOID MODE, A FOREIGN CORPORATION, ) | |
| ) | |
| SHANGHAI XUXIN INVESTMENTS CO., A ) | |
| FOREIGN CORPORATION, ) | |
| ) | |
| SHANGHAI WAKAN TRADING CO., LTD., A ) | |
| FOREIGN CORPORATION, ) | |
| ) | |
| AND ) | |
| ) | |
| AMAZON.COM, A FOREIGN CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____/ | |

## **ATTACHMENT TO AO 121**

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| VAu 1-376-066 | Thankful Pumpkins | Haley Bush |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| VAu 1-376-066. | Patriotic Wreath | Haley Bush |
| VAu 1-416-426 | Gold Red Green Nativity | Haley Bush |
| VAu 1-468-895 | Lemon Jar Trio | Haley Bush |
| VAu 1-468-895 | Sage Cross with White Roses | Haley Bush |
| VAu 1-468-895 | Bunny Face | Haley Bush |
| VAu 1-468-895 | Carrots in a Row | Haley Bush |
| VAu 1-468-895 | Pink Rose Floral Vase | Haley Bush |
| VAu 1-468-895 | Christmas Cardinal | Haley Bush |
| VAu 1-468-895 | Easter Egg Trio | Haley Bush |
| VAu 1-468-895 | Thankful Jar with Sunflowers | Haley Bush |
| VAu 1-470-908 | Blue Pumpkin Floral Top | Haley Bush |
| VAu 1-470-908 | Sunflower Vase | Haley Bush |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| VAu 1-470-908 | Orange Pumpkin | Haley Bush |
| VAu 1-470-908 | Lemon Vase | Haley Bush |
| VAu 1-470-908 | Patriotic Floral | Haley Bush |
| VAu 1-470-908 | Bunny with Floral Crown | Haley Bush |