UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HALEY BUSH,

      Plaintiff,                                    Case No. 22-cv-12709
                                                       Hon. Matthew F. Leitman

v.

AVOIN COLORLIFE, LTD., d/b/a
AVOIN, d/b/a AVOIN COLORLIFE, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: February 14, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 14, 2023, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126